FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 JUL -2 PM 4: 10

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

THE UNITED STATES OF AMERICA,       )
                                     )
                Plaintiff,           )
                                     )
        v.                           )  4:18CR116
                                     )
COLIS ALLEN,                         )
                                     )
                Defendant.           )

## O R D E R

Counsel in the above-captioned case have advised the Court that all pretrial motions have been complied with and/or that all matters raised in the parties' motions have been resolved by agreement. Therefore, a hearing in this case is deemed unnecessary.

SO ORDERED, this _2nd_ day of July, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA